USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NORMAN SUKKAR,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER DAVID
HUNG, shield #19904, POLICE OFFICER EDWIN PEREZ,
shield #710, POLICE OFFICER EDWARD HERRERA,
shield #2394, POLICE OFFICERS JOHN/JANE DOE(S) #S
1-10,

                                  Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 3033 (RPP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

DAVID A. ZELMAN
*Attorney for Plaintiff*
612 Eastern Parkway
Brooklyn, NY 11225

By: _____
David A. Zelman
*Attorney for Plaintiff*

Dated: New York, New York
       3/18, 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Hung, Perez and Herrera*
100 Church Street, Rm. 3-310
New York, New York 10007

By: _____
Nicholas Melissinos
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
3/21/14